No. 68, Misc. TURNER v. TEXAS. Ct. Crim. App. Tex. *Philip L. Reardon* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Milton Richardson* and *Howard M. Fender*, Assistant Attorneys General, for respondent.

No. 158, Misc. SUMMERVILLE v. MARYLAND. Ct. App. Md. Petitioner *pro se*. *Thomas B. Finan*, Attorney General of Maryland, and *Franklin Goldstein*, Assistant Attorney General, for respondent.

No. 197, Misc. JONES v. MARYLAND. Ct. App. Md.

No. 222, Misc. HODGSON v. NEW JERSEY. Sup. Ct. N. J. *Mark F. Hughes, Jr.*, for petitioner.

No. 288, Misc. LEWIS v. ILLINOIS. Sup. Ct. Ill. *Richard L. Pollay* for petitioner. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent.

No. 400, Misc. RICHARDSON v. ILLINOIS. Sup. Ct. Ill. *Sydney E. Foster* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 319, Misc. MORAN v. TENNESSEE. Sup. Ct. Tenn. Petitioner *pro se*. *George F. McCanless*, Attorney General of Tennessee, and *Thomas E. Fox*, Assistant Attor-